■ JOSEPH MONTESANO, Individually and as President of Rochester Firefighters, Inc., Local 1071, IAFF, AFL-CIO, as Trustee of Rochester Firefighters Association Mutual Aid Fund and on Behalf of All Other Individuals Providing Fire Protection to City of Rochester Similarly Situated, et al., Appellants, v FLOYD A. MADISON, as Chief of Fire Department of City of Rochester and as Administrator of Firefighters Insurance Fund of City of Rochester, et al., Defendants, and CITY OF ROCHESTER, Respondent. [844 NYS2d 752]—Appeal from a judgment (denominated order) of the Supreme Court, Monroe County (William P. Polito, J.), entered September 22, 2006 in a declaratory judgment action. The judgment, among other things, declared that Insurance Law §§ 9104 and 9105 do not supersede and/or preempt a specific section of the Rochester City Charter.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (*Montesano v Madison*, 12 Misc 3d 1197[A], 2006 NY Slip Op 51609[U]). Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ. [*See* 12 Misc 3d 1197(A), 2006 NY Slip Op 51609(U) (2007).]